**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2013

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-2262 (NRB) |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | NOTICE OF WITHDRAWAL AS COUNSEL |

**MEMO ENDORSED**

TO THE CLERK AND ALL PARTIES OF RECORD: Please withdraw the appearance of Juan A. Arteaga, formerly of the law firm of Simpson Thacher & Bartlett LLP, as counsel of record for Defendant JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A. in the above captioned case.

PLEASE TAKE NOTICE that JPMorgan continues to be represented in this case by Thomas C. Rice, Paul C. Gluckow and Omari L. Mason of the law firm of Simpson Thacher & Bartlett LLP.

*So ordered.* [handwritten endorsement] 10/10/13

Dated: October 2, 2013

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Omari L. Mason
Omari L. Mason (omason@stblaw.com)
425 Lexington Ave.
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: trice@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*